[Nos. 25578-6-III; 25579-4-III.   Division Three.   July 1, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW E. WHITE, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. KELLY G. MARTIN, *Appellant*.

Appeals from a judgment of the Superior Court for Asotin County, No. 06-1-00124-1, William D. Acey, J., entered October 3, 2006. *Reversed* and *remanded* by unpublished opinion per Korsmo, J., concurred in by Kulik, C.J., and Brown, J.

[Nos. 62268-4-I; 62408-3-I;   Division One.   July 6, 2010.]
62316-8-I.

THE STATE OF WASHINGTON, *Respondent*, v. EMIR BESKURT ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for King County, No. 07-1-05363-4, Susan J. Craighead, J., entered September 8, 2008. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Cox and Schindler, JJ.

[No. 63064-4-I.   Division One.   July 6, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. TREVOR LEE WEST, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 07-1-03270-8, Ellen J. Fair, J., entered February 13, 2009. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Cox and Lau, JJ.